IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| G.M. PUSEY AND ASSOCIATES, INC., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. RDB-07-3229 |
| BRITT/PAULK INSURANCE AGENCY, INC., | * | |
| | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * *

<u>O R D E R</u>

For the reasons stated in the foregoing Memorandum Opinion, it is this 20th day of October 2008, ORDERED, that:

1. The Counterclaim Defendants' Motion to Dismiss as to Defendant's Counterclaim (Paper No. 30) is GRANTED as to the conversion and breach of contract claims;

2. The Counterclaim Defendants' Motion to Dismiss as to Defendant's Counterclaim (Paper No. 30) is DENIED as to the negligent misrepresentation claim;

3. The Counterclaim Defendants' Motion for a More Definite Statement (Paper No. 30) is DENIED;

4. The Counterclaim Defendants shall answer the Counterclaim within 20 days of the date hereof; and

5. The Clerk of the Court shall transmit copies of this Order and accompanying Memorandum Opinion to counsel for the parties.

/s/
Richard D. Bennett
United States District Judge